617 A.2d 1216

IN RE OPINION 662 OF THE ADVISORY COMMITTEE ON PROFESSIONAL ETHICS.

November 19, 1992.

ORDER

Petition by John E. Conley, Jr., et al., for review of the Advisory Committee on Professional Ethics Opinion Number 662, entitled *CONFLICT OF INTEREST: MUNICIPAL ATTORNEY SERVING SAME MUNICIPALITY AS MUNICIPAL PROSECUTOR*, is granted.